UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| NATHAN P. KOBASIC,<br><br>              Plaintiff,<br><br>      vs.<br><br>YANKTON MEDICAL CLINIC, P.C.,<br><br>              Defendant. | 4:14-CV-4118-KES<br><br>JUDGMENT |

This action came before the court for trial by jury. The issues have been tried, and the jury has rendered its verdict. It is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Yankton Medical Clinic and against Nathan P. Kobasic.

Dated June 20, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE