UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| NATHAN P. KOBASIC, <br><br> Plaintiff, <br><br> vs. <br><br> YANKTON MEDICAL CLINIC, P.C., <br><br> Defendant. | CIV 14-4118 <br><br> TAXATION OF COSTS |

On June 20, 2016, judgment was entered in favor of the defendant, Yankton Medical Clinic, P.C (Docket 71).  On July 7, 2016, the defendant filed a Bill of Costs (Docket 72).   No objections to the Bill of Costs have been filed. The case was tried June 14-17, 2016 (Docket 67).

1) Fees for transcripts:
Claimed: $4,074.66      Allowed: $4,074.66

The defendant claims $4,074.66 in expenses that relate to depositions taken and video edits performed for video depositions shown at trial. Based on the Clerk's review of the Itemization of Costs (Docket 72-1) and the court minutes (Docket 67), the Clerk finds that the requested fees for printed or electronically recorded transcripts in the amount of $4,074.66 to be allowable under 28 U.S.C. § 1920.

2)  Fees for copies:
Claimed: $406.52      Allowed: $406.52

The defendant claims $406.52 in copy fees.  To support the claim, the defendant has filed a receipt from Harold's Photo and a receipt from Express Copy and Printing, Inc. (Docket 72-1 at pp. 12-13).   Based on the Clerk's review of the Itemization of Costs (Docket 72-1) and the court minutes (Docket 67), the Clerk finds the copies were used as exhibits during trial and the cost of the copies $406.52 is allowable under 28 U.S.C. § 1920.

Costs are taxed in favor of the Yankton Medical Clinic, P.C., defendant, and against Nathan P. Kobasic, plaintiff, in the amount of $4,481.18.

Dated January 16, 2018

/s/ Matthew W. Thelen
Clerk
U.S. District Court
400 S. Phillips Avenue
Room 128
Sioux Falls, South Dakota 57104
Matt_Thelen@sdd.uscourts.gov